UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KASHON SQUIRE,

       Plaintiff,

  -against-

NEW YORK STATE,

       Defendant.
-----------------------------------------------------------------X

FILED
CLERK
11:09 am, May 29, 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**MEMORANDUM & ORDER**
24-CV-03257 (JMA) (ST)

**AZRACK, United States District Judge:**

  Before the Court is the application to proceed *in forma pauperis* ("IFP") filed by incarcerated *pro se* Plaintiff Kashon Squire. (ECF No. 2.) Upon review, Plaintiff has not provided sufficient information for the Court to determine his qualification for IFP status. Plaintiff did not answer questions four, five, six, or seven on the application. (Id.) In response to question eight, Plaintiff stated that he owes "child support" but did not provide "the amounts owed and to whom they are payable." (Id.) Accordingly, the IFP application is DENIED WITHOUT PREJUDICE to renew on or before June 20, 2024, by filing a complete IFP application. Plaintiff is warned that failure to timely comply with this Order may lead to dismissal of the Complaint without prejudice under Federal Rule of Civil Procedure 41(b).

  The Clerk of the Court is respectfully directed to mail a copy of this Order together with a copy of Plaintiff's IFP application (ECF No. 2) to Plaintiff at his address of record in an envelope marked "Legal Mail" and to note such mailing on the docket. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Memorandum & Order would not be taken in good faith and therefore IFP status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**SO ORDERED**.

Dated: May 29, 2024
    Central Islip, New York

              (/s/ JMA)
              Joan M. Azrack
              United States District Judge